# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ALLAN CLARK,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-00585-KJD-(LRL)

**ORDER**

    The court ordered (#5) petitioner to submit an amended petition for a writ of habeas corpus. Petitioner has not submitted an amended petition within the allotted time.

    The court found that the original petition (#6) was so convoluted with cross-references that it was impossible to determine the facts that supported each ground for relief. Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: August 1, 2011

KENT J. DAWSON  
United States District Judge