# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MICHAEL ALLAN CLARK, | ) | |
| Petitioner-Appellant, | ) | 2:11-cv-585-KJD |
| vs. | ) | USCA No. 11-17019 |
| DWIGHT NEVEN, et al., | ) | |
| Respondents-Appellees. | ) | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, the court appointed counsel sua sponte for the purpose of appeal (#19). Therefore;

IT IS HEREBY ORDERED that the **Nevada Federal Public Defender** (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel to represent petitioner-appellant **Michael Allan Clark.**

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED: April 16, 2012

_____
KENT J. DAWSON
United States District Judge