# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL ALLAN CLARK,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-00585-KJD-(LRL)

**ORDER**

    The court of appeals having remanded this action, and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for relief from judgment and order pursuant to Federal Rules of Civil Procedure 60(b) and 62.1 (#22) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that petitioner shall have sixty (60) days to file an amended petition for a writ of habeas corpus.

///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a
2 separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments
3 that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits
4 in the attachment.  The hard copy of any additional state court record exhibits shall be
5 forwarded—for this case—to the staff attorneys in Las Vegas.
6    IT IS FURTHER ORDERED that petitioner's motion to substitute counsel (#28) is
7 **GRANTED**.
8    DATED: November 5, 2012

_____
KENT J. DAWSON
United States District Judge