# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ALLAN CLARK,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00585-KJD-PAL

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time to file first amended petition (second request) (#32), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file first amended petition (second request) (#32) is **GRANTED**. Petitioner shall have through May 6, 2013, to file an amended petition for writ of habeas corpus.

    DATED: February 7, 2013

                                                           _____
                                                           KENT J. DAWSON
                                                           United States District Judge