# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ALLAN CLARK,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00585-KJD-PAL

**ORDER**

Respondents have filed a motion to file pleading in excess of thirty pages (#67). The court grants this motion.

Simultaneously, respondents have filed an answer to the amended petition. However, the docket entry (#68) lists it as a response to the motion to file pleading in excess of thirty pages (#67). Respondents will need to take the necessary steps to correct the docket entry.

IT IS THEREFORE ORDERED that respondents' motion to file pleading in excess of thirty pages (#67) is **GRANTED**.

IT IS FURTHER ORDERED that respondents shall take the necessary steps to correct the entry for #68 on the court's docket within ten (10) days of entry of this order.

DATED: August 11, 2014

_____
KENT J. DAWSON
United States District Judge