# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ALLAN CLARK,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00585-KJD-PAL

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time (first request) (#74), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (first request) (#74) is **GRANTED**. Petitioner shall have through October 30, 2014, to file and serve a reply to the answer (#73).

    DATED: September 11, 2014

                                                                                         KENT J. DAWSON
                                                                                     United States District Judge